IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TEMA S. GERHARDT, et al.          :

      v.                              :    CIVIL NO. L-95-1385

                                       :

BELL ATLANTIC-MARYLAND, INC.,
   et al.                         :

ORDER

On March 6, 2000, this Court held a telephonic hearing on the record. For the reasons stated in the hearing, the Court hereby ORDERS that:

(i) Defendants' Motion for Summary Judgment is GRANTED on Counts I and II of the Amended Complaint;

(ii) Plaintiff Tema Gerhardt is a "qualified individual" under the Americans with Disabilities Act;

(iii) Defendants' Motion for Summary Judgment is GRANTED on Count IV of the Amended Complaint;

(iv) Defendants' Motion for Summary Judgment is DENIED on Count III of the Amended Complaint;

(v) Plaintiffs' Motion for Partial Summary Judgment on Count III of the Amended Complaint is GRANTED;

(vi) Judgment is entered in favor of the Plaintiffs on Count III of the Amended Complaint. Defendants shall pay the Plaintiffs $10.00 per day for each day that the Defendants did not supply the Plaintiffs with a copy of the most recent pension plan. Thus, Plaintiffs are awarded $ 1,170.00;

(vii) this Order shall constitute a final Judgment in this case; and

(viii) the Clerk is ORDERED to close the case.

IT IS SO ORDERED this 7 day of March, 2000.

_____
Benson Everett Legg
United States District Judge